EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Querella |
|---|---|
| Willie Torres Pabón | 2003 TSPR 58 |
| | 158 DPR _____ |

Número del Caso: CP-2003-4


Fecha: 26/marzo/2003


Oficina del Hon. Procurador General:
Lcda. Cynthia Iglesias Quiñones
Procuradora General Auxiliar


Materia: Conducta Profesional
(La suspensión es efectiva a partir del 7 de abril de 2003, fecha en que se le notificó al abogado de su suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Willie Torres Pabón                    CP-2003-4

PER CURIAM

San Juan, Puerto Rico, a 26 de marzo de 2003

El señor Alberto Carbonell Morales presentó una queja ante este Tribunal contra el abogado notario Willie Torres Pabón en la cual alegó que había contratado los servicios profesionales del referido abogado en relación con una causa de acción que tenía contra el Estado Libre Asociado de Puerto Rico y otros, relativa la misma a un automóvil, alegadamente de su propiedad, que le había sido ocupado por agentes del orden público por razón de que el mismo, alegadamente, era hurtado. Conforme la referida queja, el Lcdo. Torres Pabón, luego de radicar la correspondiente demanda ante el foro judicial no fue diligente en la tramitación del caso con el resultado de que

la demanda radicada fue desestimada, con perjuicio, por el foro judicial.

Referida la queja a la Oficina del Procurador General de Puerto Rico, y luego de que las partes comparecieran ante dicha Oficina exponiendo sus respectivas posiciones, el Procurador General rindió el correspondiente informe ante el Tribunal. Luego de que el abogado Torres Pabón expresara su posición respecto al mencionado informe, el Tribunal le ordenó al Procurador General que formulara la correspondiente Querella contra el referido abogado. En la Querella que se presentara, de fecha 7 de febrero de 2003, el Procurador General le imputó al Lcdo. Torres Pabón haber violado las disposiciones de los Cánones 9, 18, 20 y 35 de los de Etica Profesional y dos (2) violaciones a la Ley Notarial, Ley Núm. 75 del 2 de julio de 1987.

Expedido el correspondiente mandamiento, se le ordenó al Lcdo. Torres Pabón que contestara la Querella radicada dentro del término de quince (15) días a partir de la fecha de notificación de la misma. El abogado no pudo ser notificado, de la Querella radicada en su contra, en la dirección suministrada por él al Tribunal. Consta en el expediente del caso un memorando del Alguacil del Tribunal en la que se nos certifica que uno de los alguaciles auxiliares localizó a la señora madre del abogado, la cual informó que su hijo hacía "... tres meses se fue para New Jersey a casa de su hermana...", desconociendo ella "... la dirección ...", e informándole al referido alguacil que

"... cuando el licenciado se comunique con ella le informará" la misma.

## I

Hemos expresado que todo abogado admitido al ejercicio de la profesión en nuestra jurisdicción tiene el deber y obligación de mantener informado al Tribunal de cualquier cambio en su dirección, obligación que resulta necesaria para que este Tribunal pueda llevar a cabo su función rectora constitucional de regular el ejercicio de la abogacía, la cual está investida de carácter público. *In re* Serrallés, Micheli Pagán, Cuevas Sánchez, Negrón Crespo, Torres Calderón y Rodríguez Moreno, 119 D.P.R. 494 (1987).

Hemos resuelto que "...el abogado que incurre en esa omisión [no mantener informado al Tribunal] puede, y debe, ser suspendido, de manera temporera, del ejercicio de la profesión en Puerto Rico". Véase: *In re* Charles Eckardt Díaz, 141 D.P.R. Ap. 1997; *In re* Cruz González, 123 D.P.R. 315 (1989).

## II

No hay duda de que la conducta en que ha incurrido el Lcdo. Torres Pabón, esto es, de abandonar la jurisdicción sin informar al Tribunal de la nueva dirección en que puede ser notificado, o localizado, obstaculiza de manera sustancial el ejercicio de nuestra jurisdicción disciplinaria, lo cual no podemos permitir. En el caso

presente, en el que el abogado ejercía la notaría, la situación <u>es aun más grave</u>; ello en vista del hecho de que existe una obra notarial en relación con la cual no sabemos dónde se encuentra.

En vista a todo lo anteriormente expresado, procede decretar la suspensión, inmediata y temporera, del ejercicio de la abogacía y notaría en Puerto Rico de Willie Torres Pabón hasta que otra cosa disponga el Tribunal.

El Alguacil procederá de inmediato a realizar todas las gestiones necesarias y pertinentes con el fin de localizar la obra notarial de Willie Torres Pabón. Una vez localice la referida obra notarial, deberá incautarse de la misma y de su sello notarial, luego de lo cual deberá entregarla a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Willie Torres Pabón

CP-2003-4

SENTENCIA

San Juan, Puerto Rico, a 26 de marzo de 2003

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión, inmediata y temporera, del ejercicio de la profesión de abogado y de la notaría de Willie Torres Pabón, a partir de la notificación de la presente Opinión Per Curiam y hasta que otra cosa disponga este Tribunal. Le imponemos a éste el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados, e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes.

El Alguacil procederá de inmediato a realizar todas las gestiones necesarias y pertinentes con el fin de localizar la obra notarial de Willie Torres Pabón. Una vez localice la referida obra notarial, deberá incautarse de la misma y de su sello notarial, luego de lo cual deberá entregarla a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Fuster Berlingeri no intervinieron.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo